|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Raul Raizola-Rodriguez, et al. | ) No. CV05-0528-PHX-SRB |
|---|---|
| Petitioners, | ) **ORDER** |
| vs. | ) |
| Alberto Gonzales, et al. | ) |
| Respondents. | ) |

Petitioner, Raul Raizola-Rodriguez, filed his Petition for Writ of Habeas Corpus on February 16, 2005. Respondents answered on March 28, 2005 and Petitioner filed a reply on April 13, 2005. Petitioner filed a Motion to Transfer pursuant to REAL ID Act of 2005 on June 20, 2005 and Respondents filed a Motion to Dismiss on June 30, 2005.

The Magistrate Judge filed his Report and Recommendation on September 19, 2005, recommending that Petitioner's Motion to Transfer be denied; Respondents' Motion to Dismiss be granted and Petitioner's first Amended Petition for Writ of Habeas Corpus be denied and this action dismissed..

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

1       The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

      IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 16).

      IT IS FURTHER ORDERED denying Petitioner's Motion to Transfer.

      IT IS FURTHER ORDERED granting Respondents' Motion to Dismiss. (Doc. 15).

      IT IS FURTHER ORDERED that Petitioner's First Amended Petition for Writ of Habeas Corpus is dismissed.

      IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

DATED this 24th day of October, 2005.

_Susan R. Bolton_
Susan R. Bolton
United States District Judge